No. 02–1774.  IN RE RIGGS ET AL.  Motion of petitioners to strike all respondent's responses and for Rule 11 sanctions denied. Petition for writ of mandamus and/or prohibition denied.

No. 02–10672.  IN RE DUDLEY;
No. 03–5069.  IN RE CRAWFORD; and
No. 03–5504.  IN RE PAGE.  Petitions for writs of mandamus and/or prohibition denied.

No. 02–901.  BLACKMAN v. CITY OF DALLAS, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 02–1094.  TEXAS v. JACKSON.  Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02–1223.  VICTORIA COUNTY, TEXAS v. PYLE.  C. A. 5th Cir.  Certiorari denied.

No. 02–1309.  STANFIELD v. CITY OF FLORENCE, ALABAMA. C. A. 11th Cir.  Certiorari denied.

No. 02–1424.  WOODFORD, WARDEN v. DOUGLAS.  C. A. 9th Cir. Certiorari denied.

No. 02–1466.  FAVREAU ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 02–1486.  ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. WYATT.  C. A. 9th Cir.  Certiorari denied.